MOTION FOR APPOINTMENT OF COUNSEL

02-23-05
Rakesh Dixit
3 Chestnut Avenue
Burlington MA 01803
USA

FILED
IN CLERKS OFFICE
2005 FEB 23 P 3: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

05-1037

I, Rakesh Dixit am requesting the court to appoint an attorney for me. I am unable to find an attorney to represent me in my case against my former employer Core, Inc.

I am collecting Social Security Disability Insurance right now & I am unable to afford a Lawyer.

I will appreciate all your help in this matter. Thank you

Sincerely
Rakesh Dixit