March 24th 2005

Rakesh Dixit
3 Chestnut Avenue
Burlington MA 01803

Joseph L. Tauro
United States District Court
United States Court House
1 Courthouse Way, Suite 2300
Boston MA 02210

Respected Judge Joseph L. Tauro:

I am in receipt of a seven page typed MEMORANDUM AND ORDER dated March 2nd 2005. I noticed certain discrepancies between my complaint & the memorandum. They are as follows.

On page 1 & 2, the memo reads "On February 23, 2004 plaintiff Rakesh Dixit filed a three page handwritten complaint against her employer, Core, Inc., alleging violations of the American with Disabilities Act, Discrimination in Employment Act, and the Equal Pay Act." The date I filed a complaint was on February 23, 2005 under the category of Civil Rights - # 442 Employment. I did not check off any other categories. I hope that was the right category - if not please excuse me, as I do not have any legal knowledge.

On page 2 lines 10 & 11, the memo reads "She also claims she was subjected to gestures and noises of a sexual nature." Yes, I was subjected to sexual gestures but I never claimed in my complaint that I was subjected to sexual noises.

On page 4 lines 16 & 17, the memo reads, "She currently receives $1199.00 in SSDI payments per month. In my nervousness, I made a mistake & overstated my SSDI monthly payments. I actually receive $1129.00 in SSDI payments per month - NOT $1199.00.

### MOTION FOR APPOINTMENT OF COUNSEL

I, Rakesh Dixit am once again requesting the court to appoint an attorney for me, as I am unable to find one. I have consulted quite a few attorneys & no one wants to take my case. One attorney even told me "no one will take on your case". Even if I could find an attorney willing & courageous enough to take on my case - I cannot afford an attorney as I have limited income from SSDI payment.

The things that I described in my complaint did happen at CORE Inc. I did not imagine them. It is very scary, stressful and embarrassing to even pursue this but letting it go will not bring a closure to me & it will send a wrong message to the company that an employee can be mis-treated, harassed & humiliated & get away with it.

I am an US citizen & I am hopeful in the American Justice System. I want to believe that there is Equal Justice Opportunity in America. I should not lose an opportunity to right a wrong done to me because no attorney is willing to take on my case & also because I am unable to afford an attorney.

Hoping to hear a positive reply from you soon.

Sincerely

Rakesh Dixit