April 18th 2005

Rakesh Dixit
3 Chestnut Avenue
Burlington MA 01803
USA

Joseph L. Tauro
United States District Judge
United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210
USA

## MOTION FOR EXTENSION OF TIME FOR ISSUANCE OF SUMMONS

Respected Joseph L. Tauro:

This is to inform you & the court that I will be un-available for the month of May 2005. I request you to grant me an extension of a month to help me prepare Issuance Of Summons on my own since I am still un-able to find a Pro - Bono attorney.

Thank you

Sincerely

*[signature]*

Rakesh Dixit