Dixit v. CORE Inc. C# 1:05-cv-10379 - JLT

August 22nd 2005

Rakesh Dixit

3 Chestnut Avenue

Burlington MA 01803

USA

Joseph L. Tauro

United States District Judge

United States District Court

Office of the Clerk

United States Courthouse

1 Courthouse Way, Suite 2300

Boston MA 02210

USA

MOTION FOR EXTENSION OF TIME FOR ISSUANCE OF SUMMONS

Respected Joseph L. Tauro:

This is to inform you & the court that I have submitted Summons to the U S Marshals office on August 9th, 2005. Please find the attached three copies as proof. Also, at that time I was not informed that the Summons may take up to thirty (30) days to be served. I request you to grant me an extension of time for the Issuance Of Summons by the U S Marshals oofice.

Thank you

Sincerely

Rakesh Dixit

*[signature]*

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 AUG -9 P 3: 20

5-2005

America  **Personal Money Order**  No. 0035327

0 DAYS    BURLINGTON CENTER    30-1/1140
9, 2005    NTX

U.S. MARSHALS SERVICE

$ **54.49**    CAC: 0237672449

IFTY FOUR DOLLARS AND 49 CENTS**

Signature Of Purchaser (Drawer)
RAKESH DIXIT
Name Of Purchaser (Drawer)
3 CHESTNUT AVENUE
Address
BURLINGTON  MA  01803
City, State, Zip

)ver $1000

ica is not liable for lost or stolen Money Orders. For your protection
theft, sign and complete this Money Order as soon as possible.
  0082097  00003    000035327

⑈"0035327⑈"  ⑆111400001⑉⑆  00164100536 2⑈"

DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK   THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

U.S. GPO: 2000-463-702/25203

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | RAKESH DIXIT | COURT CASE NUMBER<br>05-10379-JLT |
|---|---|---|
| DEFENDANT | CORE INC | TYPE OF PROCESS<br>COMPLAINT/SUMMONS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORE INC

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
200 WHEELER ROAD BURLINGTON MA 01803

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

RAKESH DIXIT
3 CHESTNUT AVENUE
BURLINGTON MA 01803

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 781-273-0450
DATE: 08-09-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

RAKEESH DIXIT
        Plaintiff
V.

**SUMMONS IN A CIVIL CASE**

CORE, INC.

CASE     C.A. 05-10379-JLT

      Defendants

**TO:** (Name and address of Defendant)

CORE, INC.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RAKEESH DIXIT, PRO SE

\* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____20*_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON      April 5,
CLERK      DATE

(By) DEPUTY CLERK