December 19, 2005

Rakesh Dixit
3 Chestnut Avenue
Burlington MA 01803
USA

Joseph L. Tauro
United States District Judge
United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210
USA

Dixit v. formerly CORE Inc. now Broadspire C# 1:05-cv-10379

**MOTION TO CHANGE NAME OF THE DEFENDANTS FROM CORE, INC. TO BROADSPIRE**

Respected Joseph L. Tauro:

This is to inform you that I have recently found out the company CORE, Inc. has been acquired by another company named Broadspire at 1601 SW 80 Terrace, Plantation Fl. 3324-4036. The former company Core, Inc. now Broadspire still maintains offices & many former employees at 200 Wheeler Road, Burlington MA 01803 on the fifth floor just like before. I was informed that the Human Resources Dept. as well as head offices are now at Plantaion, Florida. I request you to guide me as to where to have the summons served & continue my case.

Thank you

Sincerely

Rakesh Dixit