| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RAKESH DIXIT | 05-10379-JLT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| BROADSPIRE FKA CORE INC | COMPLAINT/SUMMONS |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

BROADSPIRE 5TH FLOOR

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT   200 WHEELER ROAD BURLINGTON MA 01803

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

RAKESH DIXIT
3 CHESTNUT AVENUE
BURLINGTON MA 01803

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SERVICE TO BE MADE AT THE BURLINGTON LOCATION PURSUANT TO THE ORAL ORDER OF JUDGE TAURO IN OPEN COURT ON 03-07-06 WITH COST OF SERVICE TO BE BORNE BY THE US MARSHALL.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 781-273-0450   DATE: 03-07-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk<br>Nancy Talavera | Date 3/7/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/9/06   Time: 3:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Faxed

**1. CLERK OF THE COURT**                    FORM USM-285 (Rev. 12/15/80)

```
** TX STATUS REPORT **                    AS OF   MAR 07 '06 14:51   PAGE.01


     DATE  TIME         TO/FROM       MODE   MIN/SEC   PGS   CMD#  STATUS
17   03/07 14:50 Fax Server           EC---S  01'42"   006   155   OK
```

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

Rakesh Dixit

V.

Broadspire
(f/k/a Core, Inc.)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:
C.A. 05-10379-JLT

TO: (Name and address of Defendant)

~~[struck out]~~  BROADSPIRE (f/k/a Core, Inc.)
260 Wheeler Road
Burlington, MA 01803

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rakesh Dixit, PRO SE
3 Chestnut Avenue
Burlington, MA 01803

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. Thornton
**CLERK**

_Rebecca Greenberg_
**(By) DEPUTY CLERK**



March 7, 2006
DATE

Rakesh Dixit

v.

Core, Inc.

FILED
IN CLERKS OFFICE
2005 FEB 23 P 3:14
U.S. DISTRICT COURT
DISTRICT OF MASS

## Complaint

I, Rakesh Dixit, the plaintiff am a resident of Burlington, Middlesex County, Massachusetts & a Citizen of United States.

The defendant is Core, Inc. 200 Wheeler Road, Burlington MA 01803.

I am a woman of Indian Origin. I began working for defendant in or about September 2002. From the onset of my employment, I was subjected to harassment. Both supervisors & employees would make gestures at me, making my work environment extremely uncomfortable & hostile.

Some of these gestures included rubbing their noses, licking their lips in a sexual manner & more egregious acts. In February of 2003

~~Dan~~ the defendants ~~penis~~ toward me. I made several complaints to Human Resources both verbally, & through emails. Upon knowledge & belief, nothing was ever written regarding an investigation, & I was simply told that Respondent could not substantiate my claims. On or about January 2003, I was informed that I would be laid off. The Department I worked in was ~~relocated~~ relocated to Maine. All but two of the employees within the department were transferred to other positions. When I asked to be given a less desirable position, I was told that I was over qualified. ~~I believe that I was laid off~~ I was laid off in March 2003. Furthermore, even after being laid off, I have continued to be subjected to these gestures. While out at a movie, I saw defendants' HR manager Jeff Kline, & he made the nose-rubbing gesture towards me throughout the movie.

The negative work atmosphere had caused me to suffer from depression, CFS, PTSD & emotional, financial, psychological distress.

I am seeking monetary relief also hope no one else in the future has to go through what I had to endure at Core, Inc

Thank you
Sincerely

Rakesh Dixit
RAKESH DIXIT
3 CHESTNUT AVENUE
BURLINGTON MA 01803
781-273-0450

EEOC Form 161 (3/98)          U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Rakesh Dixit<br>3 Chestnut Avenue<br>Burlington, MA 01803 | From: Boston Area Office<br>John F. Kennedy Fed Bldg<br>Government Ctr, Room 475<br>Boston, MA 02203 |
|---|---|

FILED
IN CLERKS OFFICE
2005 FEB 23 P 3: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16C-2003-01821 | Anne R. Giantonio,<br>Intake Supervisor | (617) 565-3189 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_(signature)_        DEC 2 2004

Robert L. Sanders,                (Date Mailed)
Area Office Director

Enclosure(s)

cc: CORE, INC.
200 Wheeler Road
Burlington, MA 01803