UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAKEESH DIXIT, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-10379-JLT |
| | * | |
| | * | |
| CORE INC., | * | |
| Defendant. | * | |

ORDER

March 9, 2006

TAURO, J.

After the Conference held on March 7, 2006, this court hereby orders that:

1. Plaintiff is referred to the Pro Bono Clerk for appointment of counsel; and

2. The United States Marshals shall serve process on Defendant.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　United States District Judge