UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAKESH DIXIT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action Docket No: 05-10379 JLT |
| BROADSPIRE | ) |
| (f/k/a CORE, INC.) | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

**MOTION TO ADMIT ATTORNEY ELLA L. BROWN *PRO HAC VICE*
PURSUANT TO LOCAL RULE 83.5.3**

(1)   Defendant Core, Inc. ("Defendant"), erroneously sued as Broadspire (f/d/a Core, Inc.), seeks to have Attorney Ella L. Brown appear as counsel in the above matter in the U.S. District Court for the District of Massachusetts, pursuant to Local Rule 83.5.3.

(2)   I, Mark E. Porada, am a member of the bar of this Court and have entered an appearance for Defendant Core, Inc.  I am an associate in the law firm of Pierce Atwood LLP.

(3)   I am associated with Attorney Ella L. Brown, who is a partner in the law firm of Pierce Atwood LLP.

(4)   Accompanying this motion is a Certificate by Ella L. Brown certifying that she meets the requirements specified in Local Rule 83.5.3.

(5)   No memorandum of law is necessary in connection with this motion because the relief requested is within the discretion of the Court.

WHEREFORE, I hereby move that Ella L. Brown be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

{W0466830.1}

Dated: March 27, 2006                              /s/ Mark E. Porada

                                                     Mark E. Porada (BBO # 662970)
                                                     PIERCE ATWOOD LLP
                                                     One Monument Square
                                                     Portland, ME  04101
                                                     207-791-1100

                                                     *Attorneys for Defendant*

{W0466830.1}

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on March 27, 2006, I electronically filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, and mailed a copy of the foregoing to the following via first-class mail, postage prepaid:

Rakesh Dixit
3 Chestnut Avenue
Burlington, MA 01803

                <u>/s/ Mark E. Porada</u>
                Mark E. Porada

{W0466830.1}

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAKESH DIXIT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROADSPIRE )<br>(f/k/a CORE, INC.) )<br>)<br>)<br>)<br>Defendant. ) | Civil Action Docket No: 05-10379 JLT |

**CERTIFICATE OF ELLA L. BROWN FOR ADMISSION**
***PRO HAC VICE* IN THE U.S. DISTRICT COURT,**
**DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3, Mark E. Porada, (Bar No. 662970), who has entered an appearance in this case, has moved this Court to grant leave to Ella L. Brown to practice before this Court in this particular case.

Furthermore, I, Ella L. Brown, do hereby certify the following:

1) I am a member in good standing of the bars of the States of Maine and California and the Commonwealth of Virginia.

(2) My office address and telephone number are: Pierce Atwood LLP, One Monument Square, Portland, ME 04101 (207-791-1100).

(3) There are no disciplinary proceedings pending against me as a member of any bar in any jurisdiction.

(4) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

{W0466842.1}

Accordingly, I request that this Court grant me leave to practice in the U.S. District Court for the District of Massachusetts in the above-entitled case.

Sworn to this date under penalties of perjury.

Dated:  March 27, 2006

/s/ Ella L. Brown
Ella L. Brown
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
207-791-1100

*Attorneys for Defendant*