UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAKESH DIXIT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action Docket No: 05-10379 JLT |
| BROADSPIRE | ) |
| (f/k/a CORE, INC.) | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Core, Inc. states that it is a wholly owned subsidiary of Assurant, Inc., which owns 100% of Core, Inc.'s stock. Assurant, Inc. is a public company.

Dated: March 28, 2006                /s/ Mark E. Porada.
                                     Mark E. Porada. (BBO# 662970)

                                     Pierce Atwood LLP
                                     One Monument Square
                                     Portland, Maine 04101
                                     207-791-1155

                                     *Counsel for Defendant*
                                     *Core, Inc.*

{W0467587.1}

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2006, I electronically filed a copy of Defendant's Rule 7.1 Disclosure Statement with the Clerk of Court using the CM/ECF system, and mailed a copy of the foregoing to the following via first-class mail, postage prepaid:

Rakesh Dixit
3 Chestnut Avenue
Burlington, MA 01803

/s/ Mark E. Porada
Mark E. Porada  (BBO# 662970)

{W0467587.1}                    2