April 18th 2006

Rakesh Dixit
3 Chestnut Avenue
Burlington MA 01803
USA

Joseph L. Tauro
United States District Judge
United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210
USA

      MOTION FOR EXTENSION OF STAY IN DIXIT v. CORE INC. C# 1:05-CV-10379 - JLT

Respected Joseph L. Tauro:

This is to request you & the court a stay in my case for about two months starting from mid May 06 to July 06. My family lives in another country & I have not been there in three years. This is my chance to visit my family, friends & take part in a month long difficult spiritual pilgrimage which is in a very remote place spanning three countries. I request you to grant me a stay in my case so that I can make this once in a life time journey, come back & continue my case. I am still un-able to find a Pro - Bono attorney. Please note that I will make a final decision & make travel arrangements only after I hear from you.

Thank you

Sincerely

*[signature]*

Rakesh Dixit