UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAKEESH DIXIT, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-10379-JLT |
| | * | |
| | * | |
| CORE INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

April 24, 2006

TAURO, J.

This court hereby orders that:

1. Plaintiff's letter to the court, dated April 18, 2006, will be treated as a Motion to Stay;

2. Plaintiff's Motion to Stay is ALLOWED;

3. All proceedings in this matter are stayed until July 6, 2006; and

4. Plaintiff shall report to the court by August 7, 2006 regarding whether service of process is completed.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge