UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAKESH DIXIT,
        Plaintiff,

v.        C.A. No. 05-10379-JLT

CORE, INC.,
        Defendant.

ORDER FOR APPOINTMENT OF PRO BONO COUNSEL

This matter is before the Court on the request of the Plaintiff for the appointment of counsel to serve *pro bono*.

There being sufficient cause to exercise the discretionary power of the Court to appoint counsel, it is ORDERED that William E. O'Brien, Esq.* is appointed to represent the Plaintiff under the provisions of the United States District Court Plan for the Appointment of Counsel For Indigent Parties in Civil Cases, unless this appointment is declined by written notice (copy to *pro bono* coordinator) within twenty-one (21) days from the date of this Order. Once this order takes effect, appointed counsel or his or her designated associate(s) shall: (1) promptly file a Notice of Appearance in this action; and (2) serve until the litigation is terminated or the Court enters an order revoking said appointment.

This appointment is limited solely to those matters at issue in this case. Counsel is not being appointed to represent the Plaintiff generally or in any other proceeding.

JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE

Date: August 8, 2006        By:  /s/ Rebecca Greenberg
                                            Rebecca Greenberg, Esq.
                                            Pro Bono Coordinator/Pro Se Staff Attorney

\* Contact:

William E. O'Brien, Esq.
Law Office of William E. O'Brien
363 Bailey Road
Holden, MA 01520
508-829-5185
william@masstechlawyer.com