UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAKESH DIXIT,<br><br>    Plaintiff,<br>v.<br><br>CORE, INC.<br>    Defendant. | Civil Action No.<br>No. 05 - 10379-JLT |

### NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters his appearance as counsel of record for the Plaintiff. I hereby certify that I am admitted to practice before the United States District Court for the District of Massachusetts and am a member in good standing in every court in which I am authorized to practice.

        Respectfully submitted,

        /s/ William E. O'Brien
        William E. O'Brien, Esq.
        Law Office of William E. O'Brien, Esq.
        1050 Winter Street, Suite 1000
        Waltham, MA 01520
        (781) 522 - 7420
        william@masstechlawyer.com

CERTIFICATE OF SERVICE

I, William E. O'Brien, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as not-registered participants the 30th Day of August, 2006.