UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RAKESH DIXIT,         )<br>                       )<br>        Plaintiff,    )<br>v.                     )<br>                       )<br>                       )<br>CORE, INC.            )<br>        Defendant.    )  | Civil Action No.<br>No. 05 - 10379-JLT |

ASSENTED TO MOTION TO CONTINUE
MEDIATION DATE

Plaintiff, Rakesh Dixit, submits this motion to continue the mediation date set in this matter for January 9, 2007 at 9.30 a.m., for health reasons. Plaintiff's counsel has conferred with Defendant's counsel, Ella Brown regarding this motion and she assented to its filing. Also, the parties respectfully submit that they are both available any time during the weeks of January 22 – 26 and January 29 – February 2, 2007 should the Court wish to re-schedule the date in that period.

Respectfully submitted,

/s/ William E. O'Brien
William E. O'Brien, Esq.
Law Office of William E. O'Brien, Esq.
1050 Winter Street, Suite 1000
Waltham, MA 01520
(781) 522 - 7420
william@masstechlawyer.com

CERTIFICATE OF SERVICE

I, William E. O'Brien, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as not-registered participants the 18th Day of December, 2006.