UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAKEESH DIXIT,
   Plaintiff,

V

CORE, INC.,
   Defendant.

CA 05- 10379-JLT

ORDER

FEBRUARY 28, 2007

TAURO, J.,

I hereby recuse myself from this case in order to avoid a potential conflict of interest. See 28 U.S.C. Sec. 455(b)(4).

/s/ J. Tauro
United States District Judge