**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RAKEESH DIXIT
          Plaintiff(s)

    V.

CORE, INC.
          Defendant(s)

CIVIL ACTION

NO. 05-CV-10379-WGY

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE WILLIAM G. YOUNG

[X]    The above entitled case was reported settled after referral to the ADR Program via telephone, but prior to ADR.

[ ]    On _____ I held the following ADR proceeding:

        _____      SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

        _____      MEDIATION        _____ SUMMARY BENCH / JURY TRIAL

        _____      MINI-TRIAL       _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were / were not present in person or by authorized corporate officer [except _____].

    The case was:

[X]    Settled. Your clerk should enter a __60___ day order of dismissal.

[ ]    There was progress. A further conference will be scheduled for_____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

_____

_____

  3/14/07                         /S/ Joyce London Alexander
    DATE                            ADR Provider