# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Civil Action
No: 05-10379-WGY**

**Rakeesh Dixit**

**Plaintiff**

**v.**

**CORE Inc.
Defendant**

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

The Court having been advised on March 14, 2007  that the above-entitled action has been settled:

IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

/s/Matthew A. Paine

_____

**Deputy Clerk**

**March 14, 2007**

**To: All Counsel**