UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAKESH DIXIT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action Docket No: CV-05-10379 WGY |
| CORE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties having agreed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-styled action is hereby dismissed with prejudice, each side to pay its own costs.

Dated: May 24, 2007         /s/ William E. O'Brien
William E. O'Brien
Law Office of William E. O'Brien
363 Bailey Road
Holden, MA 01520
781-956-5363
william@masstechlawyer.com

*Counsel for Plaintiff*

Dated: May 24, 2007         /s/ Ella L. Brown
Ella L. Brown
Pierce Atwood LLP
One Monument Square
Portland, Maine 04101
207-791-1100
ebrown@pierceatwood.com

*Counsel for Defendant*

{W0760706.1}

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CERTIFICATE OF SERVICE

I, hereby certify that on May 24, 2007, I electronically filed Joint Stipulation of Dismissal with Prejudice using the CM/ECF system which will send notification of such filing(s) to the following:

William E. O'Brien
Law Office of William E. O'Brien
363 Bailey Road
Holden, MA 01520
781-956-5363
william@masstechlawyer.com

/s/ Ella L. Brown
Ella L. Brown

Pierce Atwood LLP
One Monument Square
Portland, ME  04101
(207) 791-1100
ebrown@pierceatwood.com

*Counsel for Defendant*